**UNITED STATES ex rel. ENG FON SING, Relator-Appellant, v. Byron H. UHL, District Director of Immigration and Naturalization at Port of New York, or any other person having the body of said Eng Fon Sing in custody, Respondent-Appellee.**

No. 362.

Circuit Court of Appeals, Second Circuit.

June 30, 1941.

Writ of Certiorari Denied Nov. 24, 1941.

See —— U.S. ——, 62 S.Ct. 301, 86 L.Ed. ——.

Myers & Guerin, of New York City (Maurice R. Cheyette and Joseph K. Guerin, both of New York City, of counsel), for appellant.

Mathias F. Correa, U. S. Atty., of New York City (Dolores C. Faconti, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order, 40 F.Supp. 602, affirmed. See United States ex rel. Ng Kee Wong v. Corsi, 2 Cir., 65 F.2d 564; United States ex rel. Mark Guey Him v. Reimer, 2 Cir., 115 F.2d 241.

**Norman JOHNSON et al., Appellants, v. BANKERS TRUST COMPANY et al., Appellees.**

No. 373.

Circuit Court of Appeals, Second Circuit.

July 7, 1941.

Louis Boehm, of New York City (Louis Boehm and Gabriel Rubino, both of New York City, of counsel), for appellants Johnson Committee.

William C. Chanler, Corp. Counsel, of New York City (William S. Gaud, Jr., and Leo Brown, both of New York City, of counsel), for City of New York, respondent.

Shearman & Sterling, of New York City (Guy Cary and Clifford M. Bowden, both of New York City, of counsel), for J. Herbert Case and others as a Committee for Interborough Rapid Transit Company Ten-Year Secured Convertible 7% Gold Notes, respondents.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**Louis BOEHM, Appellant, v. CITY OF NEW YORK, Appellee.**

No. 372.

Circuit Court of Appeals, Second Circuit.

July 7, 1941.

Louis Boehm, of New York City, pro se (Samuel Zeiger, of New York City, of counsel), for appellant.

William C. Chanler, Corp. Counsel, of New York City (William S. Gaud, Jr., and Leo Brown, both of New York City, of counsel), for City of New York.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.